# Exhibit B

# NOTICE OF INTENT

**VERSION September 24, 2018**

| GAR392428-V1 |
| --- |

Permittee NOI Number

### State of Georgia
### Department of Natural Resources
### Environmental Protection Division

| 9/6/2022 |
| --- |

Application Submittal Date

## For Coverage Under the 2018 Re-Issuance of the NPDES General Permits To Discharge Storm Water Associated With Construction Activity

### THESE PERMITS EXPIRE JULY 31, 2023

## Facility Information

Facility Name:   Stanton Springs North Rough Grading

Mailing Address 1:   300 E Church Street          Mailing Address 2:

County:   Walton       City:   Monroe     State:   GA     Zip Code:   30655

Facility/Property Address 1:   Davis Academy Road          Address 2:

County:   Walton     City:   Social Circle     State:   GA     Zip Code:   30025

Latitude:   33.625173       Longitude:   -83.665588

## PRIMARY PERMITTEE

NOTICE OF INTENT:

☑  Initial Notification          ☐  Re-Issuance Notification          ☐  Change of Information

☐  Change of Owner/Operator: Formerly Known As:

## I. SITE/OWNER/OPERATOR INFORMATION

Facility Ownership Type:          State Government

Common Development Name:          Stanton Springs North - Rough Grade Phase 1A and 1B

City:   Social Circle     County or Counties:   Walton     Construction Site Zip Code:   30025

Owner's Name:   Henry Evans          Phone:   678-367-7120

Email Address:   hevans@georgia.org          Address:   75 Fifth Street NW

City:   Atlanta     State:   GA     Zip Code:   30308

Duly Authorized Representative(s):          Phone:

Email Address:

Operator's Name:   Henry Evans          Phone:   678-364-2384

Email Address:   hevans@georgia.org          Address:   75 Fifth Street NW

City:   Atlanta     State:   GA     Zip Code:   30308

Facility/Construction Site Contact:   No Name          Phone:   999-999-9999

Email Address:   xyz@gmail.com

1    OF    3

## II. CONSTRUCTION SITE ACTIVITY INFORMATION AND FEE CALCULATONS

Start Date:   09/12/2022          Completion Date:   08/23/2024

Regulated by a certified Local Issuing Authority (LIA):   ☒ Yes    ☐ No

Name of Local Issuing Authority:   Not Applicable

Is this an Agricultural Building? (ex.chicken house):          ☐ Yes    ☒ No

Is this a public water system reservoir?:                    ☐ Yes    ☒ No

Is this project regulated by the Public Service Commission (PSC)? (ex. Electricity, natural gas, telecom, pipeline):     ☐ Yes    ☒ No

Is this project under the direct supervision of the Natural Resource Conservation Service (NRCS)?     ☐ Yes    ☒ No

Is this a construction and/or maintenance project undertaken and/or financed in whole or in part by the Department of Transportation, The Georgia Highway Authority, or the State Road and Tollway Authority?:     ☐ Yes    ☒ No

Is this a road construction and/or road maintenance project (including sidewalks, bike routes, multi-use paths or trails)?:     ☐ Yes    ☒ No

☒   Acres Disturbed (to the nearest tenth (1/10th) acre)     737     X $40/acre =   29480

   **Regulated by a certified Local Issuing Authority**

                                                      TOTAL FEE SUBMITTED =     29480

Number of Secondary Permittees:     0

Does the Erosion, Sedimentation and Pollution Control Plan (Plan) provide for disturbing more than 50 acres at any one time for each individual permittee (i.e., primary, secondary or tertiary permittees), or more than 50 contiguous acres total at any one time ?

☒   YES -   07/20/2022          Date of EPD Written Authorization

☐   NO

☐   N/A - if construction activities are covered under the General NPDES Permit No. GAR100002 for infrastructure construction projects

Construction Activity Type:

☐ Commercial         ☒ Industrial         ☐ Municipal/Institutional         ☐ Mixed Use

☐ Water Quality/Aquatic Habitat Restoration     ☐ Linear     ☐ Utility     ☐ Residential

☐ Agricultural Buildings     ☐ Other: _____

## III. RECEIVING WATER INFORMATION

A. Name of Initial Receiving Water(s):     Upper Big Indian Creek

☐ Trout Stream         ☒ Water Supporting Warm Water Fisheries

B. Name of MS4 Receiving Waters:     _____

☒ N/A         ☐ Trout Stream         ☐ Water Supporting Warm Water Fisheries

Name of MS4 Owner/Operator:     _____

C. Sampling of Receiving Stream(s):

☐ Trout Stream (Δ 10 NTU)             ☐ Water Supporting Warm Water Fisheries (Δ 25 NTU)

D. Sampling of Outfall(s):

☐ N/A

☐ Trout Stream

☒ Water Supporting Warm Water Fisheries

A summary chart (if applicable) delineating the following information for each outfall must be attached:

Number of Sampling Outfalls:     4          Construction Site Size (acres):     737

Appendix B NTU Value:     50          Surface Water Drainage Area (square miles):     4.99

2     QF     3

E. Does the facility/construction site discharge storm water into an Impaired Stream Segment, or within one (1) linear mile upstream of and within the same watershed as, any portion of an Impaired Stream Segment identified as "not supporting" its designated use(s), as shown on Georgia's most current "305(b)/303(d) List Documents (Final)" listed for the criteria violated, "Bio F" (Impaired Fish Community) and/or "Bio M" (Impaired Macroinvertebrate Community), within Category 4a, 4b or 5, and the potential cause is either "NP" (nonpoint source) or "UR" (urban runoff) ?

☑ No          ☐ Yes, Name of Impaired Stream Segment(s): _____

F. Does the facility/construction site discharge storm water into an Impaired Stream Segment where a Total Maximum Daily Load (TMDL) Implementation Plan for "sediment" was finalized at least six (6) months prior to the submittal of the Initial NOI ?

☑ No          ☐ Yes, Name of Impaired Stream Segment(s): _____

## IV. CERTIFICATIONS:

☑ I certify that to the best of my knowledge and belief, that the Erosion, Sedimentation and Pollution Control Plan (Plan) was prepared by a design professional, as defined by this permit, that has completed the appropriate certification course approved by the Georgia Soil and Water Conservation Commission in accordance with the provisions of O.C.G.A. 12-7-19 and that I will adhere to the Plan and comply with all applicable requirements of this permit.

☑ I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that certified personnel properly gather and evaluate the information submitted. Based upon my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fines and imprisonment for knowing violations.

Responsible Official:          Henry Evans

Email:          hevans@georgia.org