# Exhibit C

# SECTION 00 51 00

# NOTICE OF AWARD

Dated: __9/27/2022__

TO: __PLATEAU EXCAVATION, INC.__

ADDRESS: __375 LEE INDUSTRIAL BLVD.__

__AUSTELL, GA 30168__

OWNER'S JOB NO.: __2022-0311__

PROJECT: __ROUGH GRADING PHASE 1A and PHASE 1B OF STANTON SPRINGS NORTH (RIVIAN)__

CONTRACT FOR:

Erosion Control, Clearing, Earthwork, Limited Storm Drainage, and all other appurtenant items indicated on the plans and in the Contract Documents and Technical Specifications for Rough Grading Phase 1A and 1B of Stanton Springs North (Rivian) located in Walton County, Morgan County, and Social Circle, Georgia.

Subject to the terms and conditions of the Request for Proposal and all instruments and other documents constituting a part thereof, you are notified that your Proposal dated 07.25.2022, for the above Contract has been considered. You are the apparent successful offeror and have been awarded a contract for:

Erosion Control, Clearing, Earthwork, Limited Storm Drainage, Bridges, and all other appurtenant items indicated on the plans and in the Contract Documents and Technical Specifications for Project Horizon – Phase I Grading located in Walton County, Morgan County, and Social Circle, Georgia.

The Contract Price of your contract is:

__Forty-two Million, Three Hundred Forty Thousand, Two Hundred Forty-Seven and 61/100__ Dollars

($42,340,247.61)

__3__ copies of each of the proposed Contract Documents (except drawings) accompany this Notice of Award.

__3__ sets of the Drawings will be delivered separately or otherwise made available to you immediately.

You must comply with the following conditions precedent within fifteen days of the date of this Notice of Award.

1. You must deliver to the OWNER three fully executed counterparts of the Agreement including all the Contract Documents. Each of the appropriate Contract Documents must bear your signature.
2. You must deliver with the executed Agreement the Contract Security (Bonds) as specified in the Instructions to Offerors (paragraph 9), and Supplementary Conditions.

Failure to comply with these conditions within the time specified will entitle OWNER to consider your offer in default, to annul this Notice of Award and to declare your Offer Security forfeited.

Within ten days after you comply with the above conditions, OWNER will return to you one fully signed counterpart of the Agreement with the Contract Documents attached.

NOTWITHSTANDING THE FOREGOING, IN NO EVENT SHALL OWNER BE OBLIGATED TO ENTER INTO, OR OTHERWISE BOUND UNDER, THE AGREEMENT AND OTHER CONTRACT DOCUMENTS, UNLESS AND UNTIL SUCH TIME, IF AT ALL, AS SAID AGREEMENT AND OTHER CONTRACT DOCUMENTS ARE EXECUTED AND DELIVERED BY OWNER.

JOINT DEVELOPMENT AUTHORITY

By: *Jerry Silvio*

*Jerry Silvio, Chairman*
(Title)

**ACCEPTANCE OF AWARD**

Plateau Excavation, Inc.

By: *Brad Carroll*

Brad Carroll, President

Date: __9/27/2022__