# Exhibit D-1

