# Exhibit D-2

