# Exhibit D-3

